## PRICE *v.* ROBINSON.

ATKINSON, J.—The issues presented by the bill of exceptions in this case involve only questions of fact; no error of law is alleged to have been committed; and the verdict is supported by the evidence. This court, therefore, will not control the discretion of the trial judge in refusing a new trial.          *Judgment affirmed.*
December 21, 1894.

Levy and claim. Before Judge GAMBLE. Johnson superior court. March term, 1894.

An execution in favor of Robinson, founded upon a judgment dated in September, 1892, was levied on a house and lot in Wrightsville, to which a claim was interposed by a daughter of Linder, the defendant in execution. It appears that he conveyed the property to his wife by deed dated December 3, 1891, and recorded in the same month; that he and his wife conveyed to Mrs. E. H. Price by deed dated April 4, 1892, and recorded in the same month; and that Mrs. Price con-

veyed to the claimant, her daughter-in-law, by deed dated October 16, 1892, and recorded in the same month. The issue in the case was, whether the deeds to Mrs. Linder and Mrs. Price were based on valuable considerations and made in good faith, or were made to hinder, delay or defraud Linder's creditors, of which purpose his wife and Mrs. Price had notice or grounds for reasonable suspicion. The evidence was conflicting. The jury found the property subject to the execution. Claimant moved for a new trial on the grounds, that the verdict was contrary to law, evidence, and the charge of the court; and the motion was overruled.

A. F. DALEY, W. R. DALEY and HARRIS & RAWLINGS, for plaintiff in error.

V. B. ROBINSON and EVANS & EVANS, contra.